| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Fitzgerald and Associates P.C.<br>Nicholas Fitzgerald Esq.—NF/6129<br>649 Newark Avenue<br>Jersey City, NJ  07306<br>(201) 533-1100<br>Attorney for Debtor | |
| In Re:<br><br>Remill Valenzuela<br><br>Debtor | Case No.: 14-34366<br><br>Chapter 13<br><br>Judge: The Hon. V. Papalia, U.S.B.J. |

Order Filed on August 4, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 4, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objectons having been raised, it is:

**ORDERED** that Fitzgerald_and_Associates, the applicant, is allowed a fee of $9,923.50 for services rendered and expenses in the amount of $111.60 for a total of $10,035.10. The allowance is payable through the Chapter 13 plan as an administrative priority.

The debtor's monthly plan is modified to require a payment of $10.532.00 per month 36 months starting with the payment due on January 1, 2017 to allow for payment of the above fee.