| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Fitzgerald and Associates P.C. <br> Nicholas Fitzgerald Esq.—NF/6129 <br> 649 Newark Avenue <br> Jersey City, NJ  07306 <br> (201) 533-1100 <br> Attorney for Debtor |
| In Re: <br><br> Remill Valenzuela <br><br> Debtor |

Order Filed on August 4, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 14-34366

Chapter 13

Judge: The Hon. V. Papalia, U.S.B.J.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 4, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objectons having been raised, it is:

**ORDERED** that Fitzgerald_and_Associates, the applicant, is allowed a fee of $9,923.50 for services rendered and expenses in the amount of $111.60 for a total of $10,035.10. The allowance is payable through the Chapter 13 plan as an administrative priority.

The debtor's monthly plan is modified to require a payment of $10.532.00 per month 36 months starting with the payment due on January 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Remmill J. Valenzuela  
     Debtor

Case No. 14-34366-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 04, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.  
db          +Remmill J. Valenzuela,   346 Kennedy Blvd,   Bayonne, NJ 07002-1387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:

         Brian C. Nicholas   on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
         Hetal  Patel    on behalf of Debtor Remmill J. Valenzuela nadiafinancial@gmail.com, patel.fitzlaw@gmail.com  
         Joel A. Ackerman    on behalf of Creditor    MIDFIRST BANK jackerman@zuckergoldberg.com  
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Nicholas  Fitzgerald    on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com  
                                                                                                    TOTAL: 6