```
Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark
--------------------------------X
In Re:

    REMMILL J. VALENZUELA          Chapter 13

                                   Case No. 14-34366-SLM
    Debtor                         Hon. Stacey L. Meisel

                                   Hearing Date: 09/27/2017
                                   Time: 10:30 AM


--------------------------------X
```

**Order Filed on October 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

**REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 20, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Remmill J. Valenzuela
Case No: 14-4366
Caption: REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN
-----------------------------------

    THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order Authorizing the Debtor to Obtain Refinancing of the Mortgage on the Real Property located at 346 Kennedy Blvd, Bayonne, NJ 07002 and authorizing the Debtor to Use those loan proceeds to pay off the balance due on the mortgage as crammed down per the Order Confirming the Chapter 13 plan plus applicable trustee commissions, and good and sufficient cause appearing therefrom for the entry of this Order;

    It is

    **ORDERED**, that the Debtor's application for approval of authorization to obtain a loan against his real property located at 346 Kennedy Blvd, Bayonne, NJ 07002 from Chestnut Funding Corp, 40 Fox Bill Road, Pound Ridge, NY 10576, is hereby authorized and approved on the terms and conditions provided for within the written agreement, a copy of which is contained within the underlying motion and which is on the PACER docket and which is to be treated as if fully set forth herein; and it is further

    **ORDERED**, that the approval of the heretofore referenced loan is contingent upon the loan amount being sufficient to pay off the balance due, approximately $259,399.52, on the Debtor's mortgage on 346 Kennedy Blvd, Bayonne, NJ 07002 as crammed down in the Order Confirming the Chapter 13 plan, plus applicable trustee commissions; and it is further

**Page 3**

Debtor: Remmill J. Valenzuela
Case No: 14-4366
Caption: REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN
----------------------------------

**ORDERED,** that within fourteen (14) days of the completion of the refinance, the Debtor shall turn over the closing disclosure and proceeds of the closing, approximately $259,399.52 plus applicable trustee commissions of approximately $25,940 for a total amount payable of approximately $285,339.52, to the Chapter 13 Trustee to complete the balance due on the mortgage as crammed down per the Chapter 13 plan; and it is further

**ORDERED,** that within fourteen (14) days of the completion of the refinance of the property located at 346 Kennedy Blvd, Jersey Bayonne, NJ 07002, the Debtor shall file Amended Schedules I & J and a modified plan that continues plan payments for the remainder of the applicable commitment period.