Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark

**Order Filed on October 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

--------------------------------X
In Re:

    REMMILL J. VALENZUELA     **Chapter 13**

                                  Case No. 14-34366-SLM
    Debtor                          Hon. Stacey L. Meisel

                                  Hearing Date: 09/27/2017
                                  Time: 10:30 AM

--------------------------------X


**REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**


**DATED: October 20, 2017**

                                  */s/ Stacey L. Meisel*
                                  Honorable Stacey L. Meisel
                                  United States Bankruptcy Judge

**Page 2**
Debtor: Remmill J. Valenzuela
Case No: 14-4366
Caption: REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN
----------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order Authorizing the Debtor to Obtain Refinancing of the Mortgage on the Real Property located at 346 Kennedy Blvd, Bayonne, NJ 07002 and authorizing the Debtor to Use those loan proceeds to pay off the balance due on the mortgage as crammed down per the Order Confirming the Chapter 13 plan plus applicable trustee commissions, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the Debtor's application for approval of authorization to obtain a loan against his real property located at 346 Kennedy Blvd, Bayonne, NJ 07002 from Chestnut Funding Corp, 40 Fox Bill Road, Pound Ridge, NY 10576, is hereby authorized and approved on the terms and conditions provided for within the written agreement, a copy of which is contained within the underlying motion and which is on the PACER docket and which is to be treated as if fully set forth herein; and it is further

**ORDERED**, that the approval of the heretofore referenced loan is contingent upon the loan amount being sufficient to pay off the balance due, approximately $259,399.52, on the Debtor's mortgage on 346 Kennedy Blvd, Bayonne, NJ 07002 as crammed down in the Order Confirming the Chapter 13 plan, plus applicable trustee commissions; and it is further

**Page 3**

Debtor: Remmill J. Valenzuela
Case No: 14-4366
Caption: REVISED ORDER AUTHORIZING DEBTOR TO OBTAIN REFINANCING OF MORTGAGE ON REAL PROPERTY LOCATED AT 346 KENNEDY BLVD, BAYONNE, NJ 07002 AND AUTHORIZING DEBTOR TO UTILIZE MORTGAGE LOAN PROCEEDS TO PAY OFF BALANCE DUE ON MORTGAGE AS CRAMMED DOWN PER THE ORDER CONFIRMING THE CHAPTER 13 PLAN
----------------------------------

**ORDERED**, that within fourteen (14) days of the completion of the refinance, the Debtor shall turn over the closing disclosure and proceeds of the closing, approximately $259,399.52 plus applicable trustee commissions of approximately $25,940 for a total amount payable of approximately $285,339.52, to the Chapter 13 Trustee to complete the balance due on the mortgage as crammed down per the Chapter 13 plan; and it is further

**ORDERED**, that within fourteen (14) days of the completion of the refinance of the property located at 346 Kennedy Blvd, Jersey Bayonne, NJ 07002, the Debtor shall file Amended Schedules I & J and a modified plan that continues plan payments for the remainder of the applicable commitment period.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                               Case No. 14-34366-SLM
Remmill J. Valenzuela                                                Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 20, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db             +Remmill J. Valenzuela,    346 Kennedy Blvd,    Bayonne, NJ 07002-1387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal  Patel    on behalf of Debtor Remmill J. Valenzuela nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Joel A. Ackerman    on behalf of Creditor    MIDFIRST BANK jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com
                                                                                             TOTAL: 7