Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-----------------------------------X
In re:                                   **Chapter 13**

    Remmill J. Valenzuela           Case No. 14-34366-VFP

-----------------------------------X

**DEBTOR'S FURTHER CERTIFICATION IN OPPOSITION TO CERTIFICATION OF DEFAULT**

I, Remmill J. Valenzuela, being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this certification in further opposition to the trustee's certification of default.

2. Annexed as an exhibit is proof that I sent $8,064.00 to the trustee on or about December 29, 2017.

3. I need more time to catch up on my further arrears with the trustee.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 9, 2018

_____
Remmill J. Valenzuela
Debtor



REMITTER  REMMEILL J VALENZUELA

Branch: 0001

PAY EXACTLY **8,064 AND 00/100 DOLLARS

TO THE ORDER OF MARIE ANN GREENBERG

$8,064.00

VOID AFTER 90 DAYS

Security Features Included    Details on back.

Official Check

017319

DATE: 12/29/17

REMITTER: REMMEILL J VALENZUELA
346 Kennedy Blvd
Bayonne, NJ 07002

TO: MARIE ANN GREENBERG

BRANCH:        0001
ORIGINATOR:    Z15KBROWN
TIME:          11:53:33
CK AMT:        $8,064.00
FEE AMT:       $.00
TOTAL:         $8,064.00

NON-NEGOTIABLE

Ref. No: G 705800377

Official Check

017319

DATE: 12/29/17

REMITTER: REMMEILL J VALENZUELA
346 Kennedy Blvd
Bayonne, NJ 07002

TO:   MARIE ANN GREENBERG

BRANCH:      0001
ORIGINATOR:  Z15KBROWN
TIME:        11:53:33
CK AMT:      $8,064.00
FEE AMT:         $.00

TOTAL:       $8,064.00

NON-NEGOTIABLE

Ref No: G 7058

TELLER #16

DEC 29 2017

BCB COMMUNITY BANK

# M Gmail

Remmill Valenzuela <rvhomeloans@gmail.com>

## Your Daily NDC Case Alerts

noreply@ndc.org <noreply@ndc.org>  
To: rvhomeloans@gmail.com

Sun, Jan 7, 2018 at 1:04 AM



NATIONAL**DATA**CENTER

Your payment in the amount of **$8064.00** was posted by the trustee on Jan 04, 2018.

This email was auto-generated by the National Data Center (NDC.org). The NDC is not your trustee or your attorney and information is subject to change. For the latest information please see NDC.org or call your attorney (Fitzgerald & Associates, Pc, (201) 435-7372). To update your email address, unsubscribe from emails, or manage your email and alerts setting please click here. ©2015 National Data Center, Inc. | All Rights Reserved.
NDC.org 2300 Contra Costa Blvd, Pleasant Hill, CA 94523
Privacy Policy | Terms-Of-Use



*Official Check*

017319

DATE: 12/29/17

REMITTER: REMMEILL J VALENZUELA
346 Kennedy Blvd
Bayonne, NJ 07002

TO: MARIE ANN GREENBERG

BRANCH: 0001
ORIGINATOR: Z15KBROWN
TIME: 11:53:33
CK AMT: $8,064.00
FEE AMT: $.00

TOTAL: $8,064.00

## NON-NEGOTIABLE

Ref No: G 70580

TELLER #16

DEC 29 2017

BCB COMMUNITY BANK



Remmill Valenzuela <rvhomeloans@gmail.com>

---

## Your Daily NDC Case Alerts

**noreply@ndc.org** <noreply@ndc.org>　　　　　　　　　　　　　　　　　Sun, Jan 7, 2018 at 1:04 AM
To: rvhomeloans@gmail.com



🔔　Your payment in the amount of **$8064.00** was posted by the trustee on Jan 04, 2018.

---

This email was auto-generated by the National Data Center (NDC.org). The NDC is not your trustee or your attorney and information is subject to change. For the latest information please see NDC.org or call your attorney (Fitzgerald & Associates, Pc, (201) 435-7372). To update your email address, unsubscribe from emails, or manage your email and alerts setting please click here. ©2015 National Data Center, Inc. | All Rights Reserved.
NDC.org 2300 Contra Costa Blvd, Pleasant Hill, CA 94523
Privacy Policy | Terms-Of-Use