| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    REMMILL J. VALENZUELA |

Order Filed on April 2, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  14-34366 SLM

Hearing Date:  3/28/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 2, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  REMMILL J. VALENZUELA

Case No.:  14-34366

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/28/2018 on notice to FITZGERALD & CROUCH, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $13,731.50 starting on 4/1/2018 for 8 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $10,532.00 starting on 12/1/2018 for the remaining 13 month(s); and it is further

- ORDERED, that in the event the Debtor(s) is any more than 30 days in arrears with plan payments between April 1, 2018 and Nov. 1, 2018, the case will be dismissed without further hearings or notice to Debtor(s) or Debtor(s)' Attorney; and it is further

- ORDERED, that beginning on 12/1/2018 a 30 day default clause with plan payments shall resume in ordinary course throughout the life of the plan and the case shall be subject to dismissal upon the Trustee filing a Certification with the Court with 14 days notice to Debtor(s) and Debtor(s)' Attorney.