**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   REMMILL J. VALENZUELA

**Order Filed on April 2, 2018 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

**Case No.:  14-34366 SLM**

**Hearing Date:  3/28/2018**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 2, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): REMMILL J. VALENZUELA

Case No.: 14-34366

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/28/2018 on notice to FITZGERALD &

CROUCH, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $13,731.50

  starting on 4/1/2018 for 8 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $10,532.00

  starting on 12/1/2018 for the remaining 13 month(s); and it is further

- ORDERED, that in the event the Debtor(s) is any more than 30 days in arrears with plan payments between

  April 1, 2018 and Nov. 1, 2018, the case will be dismissed without further hearings or notice to Debtor(s)

  or Debtor(s)' Attorney; and it is further

- ORDERED, that beginning on 12/1/2018 a 30 day default clause with plan payments shall resume in

  ordinary course throughout the life of the plan and the case shall be subject to dismissal upon the Trustee

  filing a Certification with the Court with 14 days notice to Debtor(s) and Debtor(s)' Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-34366-SLM
Remmill J. Valenzuela                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Apr 02, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db              +Remmill J. Valenzuela,    346 Kennedy Blvd,    Bayonne, NJ 07002-1387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal  Patel   on behalf of Debtor Remmill J. Valenzuela nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Joel A. Ackerman   on behalf of Creditor   MIDFIRST BANK jackerman@zuckergoldberg.com
              Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas  Fitzgerald   on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com
              Sarah J. Crouch   on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
                                                                              TOTAL: 8