Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  14−34366−SLM
                       Chapter:  13
                       Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Remmill J. Valenzuela
   346 Kennedy Blvd
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−3135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/24/19 at 10:00 AM

to consider and act upon the following:

*98* − Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 93 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 07/5/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*101* − Certification in Opposition to (related document:98 Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 93 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 07/5/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Nicholas Fitzgerald on behalf of Remmill J. Valenzuela. (Fitzgerald, Nicholas)

Dated: 7/2/19

                                                         Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court