Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−34366−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Remmill J. Valenzuela
   346 Kennedy Blvd
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−3135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/16/19 at 02:30 PM

to consider and act upon the following:

*115* − Application for Compensation for Sarah J. Crouch, Debtor's Attorney, period: 2/27/2017 to 7/24/2019, fee: $2,100.00, expenses: $0.00. Filed by Sarah J. Crouch. Hearing scheduled for 10/15/2019 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee # 2 Certification of Service # 3 Proposed Order) (Crouch, Sarah)

Dated: 9/20/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Remmill J. Valenzuela  
      Debtor

Case No. 14-34366-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 20, 2019  
                      Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
```
db             +Remmill J. Valenzuela,    346 Kennedy Blvd,    Bayonne, NJ 07002-1387
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
cr             +Loan Wolf LLC,    40 Fox Hill Road,    Pound Ridge, NY 10576-1908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
```
              Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal  Patel     on behalf of Debtor Remmill J. Valenzuela nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              James J. Fitzpatrick     on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas Fitzgerald     on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Sarah J. Crouch     on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
```
                                                     TOTAL: 9