| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>FITZGERALD & CROUCH, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>By: Sarah J. Crouch, Esq. (SC 1174)<br>Phone: 201-533-1100<br>Fax: 201-533-1111<br>Attorney for the Debtor | |
| In Re:<br>REMMILL J. VALENZUELA | Case No.: 14-34366<br>Chapter: 13<br>Judge: Meisel |

Order Filed on October 18, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 18, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Crouch, P.C._____, the applicant, is allowed a fee of $ ___2,100.00___ for services rendered and expenses in the amount of $ ___0.00___ for a total of $ ___2,100.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___13,865.00___ per month for ___3___ months to allow for payment of the above fee.

rev.8/1/15