Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  14–34366–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Remmill J. Valenzuela
346 Kennedy Blvd
Bayonne, NJ 07002

Social Security No.:
xxx–xx–3135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*124* – Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 98 Creditor's Certification of Default filed by Creditor MidFirst Bank, 107 Order (Generic), 109 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*125* – Certification in Opposition to (related document:124 Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 98 Creditor's Certification of Default filed by Creditor MidFirst Bank, 107 Order (Generic), 109 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Sarah J. Crouch on behalf of Remmill J. Valenzuela. (Crouch, Sarah)

Dated: 1/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court