Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14–34366–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Remmill J. Valenzuela
    346 Kennedy Blvd
    Bayonne, NJ 07002

Social Security No.:
    xxx–xx–3135

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*124* – Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 98 Creditor's Certification of Default filed by Creditor MidFirst Bank, 107 Order (Generic), 109 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*125* – Certification in Opposition to (related document:124 Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: re: 346 Kennedy Boulevard, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor MidFirst Bank, 98 Creditor's Certification of Default filed by Creditor MidFirst Bank, 107 Order (Generic), 109 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Sarah J. Crouch on behalf of Remmill J. Valenzuela. (Crouch, Sarah)

Dated: 1/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 14-34366-SLM
Remmill J. Valenzuela                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 1          Date Rcvd: Jan 17, 2020
                               Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              +Remmill J. Valenzuela,    346 Kennedy Blvd,    Bayonne, NJ 07002-1387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Hetal  Patel    on behalf of Debtor Remmill J. Valenzuela nadiafinancial@gmail.com,
            patel.fitzlaw@gmail.com
          James J. Fitzpatrick    on behalf of Debtor Remmill J. Valenzuela nickfitz.law@gmail.com,
            nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Remmill J. Valenzuela Fitz2Law@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
          Sarah J. Crouch    on  behalf of Debtor Remmill J. Valenzuela 7943@notices.nextchapterbk.com,
            nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
                                                                                             TOTAL: 9