Nicholas Fitzgerald Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-----------------------------------X

In re:

    Remmill J. Valenzuela

-----------------------------------X

Chapter 13

Case No. 14-34366-SLM

Hearing Date: 4/22/20
Time:  10:00 a.m.

**ATTORNEY'S RESPONSE TO MIDFIRST BANK'S STAY RELIEF MOTION**

    I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

    1. I make this certification in response to Midfirst Bank's stay relief motion.

    2. The debtor has provided proof that he paid Midfirst Bank $8,740.14 on April 14, 2020. That proof is annexed hereto.

    3. I was personally late in putting in this response because I have been behind on my emails.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 21, 2020

                                               _____
                                               Nicholas Fitzgerald
                                               Debtor's Counsel

Exhibit -- Proof of Payment

```
                              BAYONNE
                           570 BROADWAY
                         BAYONNE, NJ 07002-9998
                             330495-0801
                            (800)275-8777
                         04/14/2020 11:56 AM

Product              Qty     Unit        Price
                             Price

US Flag Coil/100      1     $55.00      $55.00
PM 2-Day              1      $7.75       $7.75
Window FR Env
   (Domestic)
   (OKLAHOMA CITY, OK  73118)
   (Flat Rate)
   (Expected Delivery Day)
   (Thursday 04/16/2020)
   (USPS Tracking #)
   (9505 5159 1423 0105 4782 82)
Insurance                                $0.00
   (Up to $50.00 included)

Total:                                  $62.75

Cash                                    $63.00
Change                                 ($0.25)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
```

---

**Official Check**  039334

DATE: 4/14/20    18 Teller #191

BCB Community Bank
611 Ave C Bayonne N.J.

REMITTER: REMMEILL J VALENZUELA
346 KENNEDY BLVD
PO BOX 245
BAYONNE, NJ 07002

TO: MIDFIRST BANK

BRANCH:         0018
ORIGINATOR:     Z15ABARRET
TIME:           10:04:24
CK AMT:         $8,740.14
FEE AMT:        $.00
TOTAL:          $8,740.14

APR - 2

**NON-NEGOTIABLE**